**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Sylvie R. GRIFFITHS, Respondent.**

No. 345.

Circuit Court of Appeals, Second Circuit.

June 11, 1942.

Gerald L. Wallace, Sp. Asst. to Atty. Gen., Samuel O. Clark, Jr., Asst. Atty.

Gen., and Sewall Key and Samuel H. Levy, Sp. Assts. to Atty. Gen., for petitioner.

Allin H. Pierce, of New York City, for respondent.

Before SWAN, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court on authority of Eisner v. Macomber, 252 U.S. 189, 40 S.Ct. 189, 64 L.Ed. 521, 9 A.L.R. 1570.